UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, Plaintiff, | ) | No 1:24-cr-00587-1 |
| v. | ) | Magistrate Judge Young B. Kim |
| Thomas Walsh, Defendant. | ) | |

## ORDER

Initial appearance and arraignment hearing held. Defendant appeared in court in response to an Information. Attorney William Sean Stanton appeared on behalf of Defendant as retained counsel. The government advised Defendant of the charges pending against him in the Information. The court advised Defendant of his rights. Defendant waived formal reading and entered a plea of guilty to the charges in the Information. Defendant waives his rights to trial before a District Judge and consents to trial before a United States Magistrate Judge. Enter Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case. The court accepts Defendant's plea of guilty. Judgment of guilty is entered. Enter Plea Agreement. Probation to file its Presentencing Investigation Report ("PSR") by March 14, 2025. Defendant to file his response to the PSR by March 28, 2025. The government to file a response to the PSR and Defendant's sentencing statement by April 11, 2025. Sentencing hearing is scheduled for May 5, 2025, at 1:00 p.m. in courtroom 1019. The government and Defendant agreed to certain conditions of release. Enter Order Setting Conditions of Release. Defendant is ordered to be released after processing. Finally, pursuant to Fed. R. Crim. P. 5(f)(1), the government is ordered to comply with its obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, as it has an affirmative duty to disclose both impeachment and exculpatory evidence favorable to Defendant and material to guilt and/or punishment. In the event the government fails, the court may sanction the government by excluding witnesses or evidence, limiting the scope of permitted testimony, issuing jury instructions adverse to the government, declaring a mistrial, dismissing the charges, and holding contempt proceedings.
(T:00:25)

Date: January 10, 2025

**Young B. Kim**
**United States Magistrate Judge**