**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:24−cr−00587
Honorable Young B. Kim

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 23, 2025:

MINUTE entry before the Honorable Young B. Kim: Defendant's unopposed motion to travel [25] is granted. Appearance on June 26, 2025, is not required to present this motion. Going forward, if the government and the assigned Probation Officer does not oppose Defendant's requests to travel outside the judicial district, including outside the country, Defendant need not file a motion for leave. The assigned Probation Officer has permission to grant such unopposed requests. (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.