**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **No. 24 CR 587** |
| | ) | |
| **v.** | ) | **Magistrate Judge Young B. Kim** |
| | ) | |
| **THOMAS WALSH** | ) | **June 23, 2025** |

**ORDER**

Defendant's unopposed motion to travel (R. 25) is granted. Appearance on June 26, 2025, is not required to present this motion. Going forward, if the government and the assigned Probation Officer does not oppose Defendant's requests to travel outside the judicial district, including outside the country, Defendant need not file a motion for leave. The assigned Probation Officer has permission to grant such unopposed requests.

**ENTER:**

Young B. Kim

**Young B. Kim**
**United States Magistrate Judge**