**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:24−cr−00587
Honorable Young B. Kim

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, October 4, 2025:

MINUTE entry before the Honorable Young B. Kim: Defendant's unopposed motion to modify conditions of probation [29] is entered and continued. Appearance on October 7, 2025, is not required to present this motion. The court is inclined to grant the modifications he seeks in the motion. However, the court requires Defendant to file a supplement to the motion by October 8, 2025, and indicate whether his probation officer has any concerns regarding the modifications he seeks. When doing so, Defendant is ordered to attach a draft order as an exhibit and email the same in Word to this court (proposed_order_kim@ilnd.uscourts.gov). For the time being, Defendant is granted leave to travel outside the country for work without first contacting his probation officer. Mailed notice (Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.