**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **No. 24 CR 587** |
| | ) | |
| **v.** | ) | **Magistrate Judge Young B. Kim** |
| | ) | |
| **THOMAS WALSH,** | ) | |
| | ) | **October 8, 2025** |
| **Defendant.** | ) | |

**ORDER MODIFYING CONDITIONS OF PROBATION**

This matter is before the court on Defendant's Unopposed Motion to Modify Conditions of Probation, filed on October 2, 2025, (R. 29). Upon review of the motion, the Court orders as follows:

1. The conditions of probation are modified to permit Defendant Thomas Walsh to make restitution payments directly to the IRS, with proof of each payment to be provided to his probation officer. Walsh is to be credited with all restitution payments made under this arrangement upon showing proof of payment.

2. The conditions of probation are also modified to permit Walsh to travel domestically and internationally for business without advance authorization from his probation officer.

**ENTER:**

______________________________
**Young B. Kim**
**United States Magistrate Judge**